IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUFUS TERRY MCDOUGALD, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:18-CV-699-WKW |
| CITY OF DOTHAN POLICE DEPARTMENT, *et al.*, | ) ) ) | [WO] |
| Defendants. | ) ) ) | |

## **ORDER**

On November 2, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. It is further ORDERED that:

1. Plaintiff's *Miranda* claim and his claims against the Dothan Police Department are DISMISSED with prejudice.

2. Plaintiff's false arrest and speedy trial claims are DISMISSED without prejudice.

3. This civil action is dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

A separate final judgment will be entered.

DONE this 28th day of November, 2018.

                                            /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE